UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER          21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-----------------------------------------------------------------x
MARIA SOLARTE,

                              Plaintiff,          Index No.: 07 CV 1669

        -against-
                                         **NOTICE OF**
RELATED BPC ASSOCIATES, INC., RELATED    **APPEARANCE**
MANAGEMENT COMPANY, L.P., THE RELATED
COMPANIES, L.P., and THE RELATED REALTY  **ELECTRONICALLY**
GROUP, INC.                              **FILED**
                              Defendants.
-----------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT COMPANY, L.P., THE RELATED COMPANIES, L.P., and THE RELATED REALTY GROUP, INC.**

I certify that I am admitted to practice in this court.


Dated:        New York, New York
              December 10, 2007


                                    LONDON FISCHER LLP

                        By:         _____
                                    Gillian Hines Kost (GK-2880)
                                    59 Maiden Lane
                                    New York, New York 10038
                                    Phone: (212) 972-1000
                                    Fax:   (212) 972-1030

*Attorney for Defendants*
**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT COMPANY, L.P.,
THE RELATED COMPANIES, L.P., and
THE RELATED REALTY GROUP, INC**

K: VGFutterman\WTC-Related\Plaintiff\Solarte\Pleadings\Notice of Appearance